Michele R. Stafford, Esq. (SBN 172509)
Timothy A. Froehle, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
tfroehle@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　Plaintiffs,<br>　　　v.<br><br>TECHNO COATINGS, INC., a California corporation,<br><br>　　Defendant. | Case No.: C15-03946 RS<br><br>**PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:　March 24, 2016<br>Time:　10:00 a.m.<br>Ctrm:　3, 17th Floor<br>　　　450 Golden Gate Ave.<br>　　　San Francisco, CA 94102<br>Judge:　The Honorable Richard Seeborg |

　　　　Plaintiffs respectfully request that the Case Management Conference scheduled for March 24, 2016, at 10:00 a.m., be vacated, or in the alternative continued to the date and time of the hearing on Plaintiffs' Motion for Default Judgment, filed concurrently herewith. Good cause to vacate the Case Management Conference exists as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on August 28, 2015 (Dkt. #1). Defendant was personally served on September 15, 2015, and a Proof of Service of Summons was filed with the Court on October 1, 2015 (Dkt. #12).

　　　　2.　　Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendant on November 27, 2015 (Dkt. #15).

　　　　3.　　As Defendant has failed and refused to comply with its obligations to Plaintiffs, Plaintiffs are filing their Motion for Default Judgment against Defendant concurrently with this

P:\CLIENTS\PATCL\Techno Coatings, Inc\Pleadings\Request to Vacate or Continue CMC.doc

**PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**Case No.: C15-03946 RS**

1. Request to Vacate the Case Management Conference. Accordingly, there are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court vacate the currently scheduled Case Management Conference, or in the alternative continue the currently scheduled Case Management Conference to the date and time of the hearing on Plaintiffs' Motion for Default Judgment.

4. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: March 16, 2016

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby ~~VACATED, or in the alternative,~~ CONTINUED to __6/9/16 at 10:00 a.m.__ .

Date: __3/17/16__

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

-2-
**PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**Case No.: C15-03946 RS**

P:\CLIENTS\PATCL\Techno Coatings, Inc\Pleadings\Request to Vacate or Continue CMC.doc